AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| JOSEPH EBANKS, Individually and on Behalf of All Others Similarly Situated <br><br> *Plaintiff(s)* <br> v. <br> IFINEX INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:20-cv-00453 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Please see Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Samuel H. Rudman
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00453

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                     _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*

                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

Attachment A to Summons

IFINEX INC.
Registered Office:
C/O SHRM Trustees (BVI) Ltd.
Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

BFXNA INC.
Registered Office:
C/O SHRM Trustees (BVI) Ltd.
Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

TETHER HOLDINGS LIMITED
Registered Office:
C/O SHRM Trustees (BVI) Ltd.
Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

TETHER LIMITED
Registered Office:
C/O SHRM Trustees (BVI) Ltd.
Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

TETHER OPERATIONS LIMITED
Registered Office:
C/O SHRM Trustees (BVI) Ltd.
Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

DIGFINEX INC.
Registered Office:
C/O SHRM Trustees (BVI) Ltd.
Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

JEAN-LOUIS VAN DER VELDE
27 Lo Wai Tsuen Pui O
Lantau Island
Hong Kong

GIANCARLO DEVASINI
87 Avenue Winston Churchill
06190 Roquebrune-Cap-Martin
France

PHILIP POTTER
205 Cottage Walk
Ocean Beach, NY 11770