IH-32                                                                                         Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

JOSEPH EBANKS, Individually and on Behalf of All Others Similarly Situated

| Plaintiff | Case Number |
|---|---|
| vs. | 1:20-cv-00453 |
| IFINEX INC., BFXNA INC., TETHER HOLDINGS LIMITED, TETHER LIMITED, TETHER OPERATIONS LIMITED, DIGFINEX INC., JEAN-LOUIS VAN DER VELDE, GIANCARLO DEVASINI and PHILIP POTTER | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN

| Plaintiff | Case Number |
|---|---|
| vs. | 1:19-cv-09236-KPF |
| IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG, | |
| Defendant | |

IH-32																																	Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open  (If so, set forth procedural status and summarize any court rulings.)

The complaint was filed on October 6, 2019, affidavits of service were filed on November 8, 2019, a scheduling order was entered on December 3, 2019, letters regarding intent to file motions to dismiss have been filed, and a motion to appoint counsel as Interim Class Counsel was filed on January 3, 2020.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The earlier filed action concerns the same or substantially similar defendants, transactions and events as the later filed action; there is substantial factual overlap between the cases; the parties could be subjected to conflicting orders; and absent a determination of relatedness there would be a substantial duplication of effort and expense, delay, or undue burden on the Court, parties or witnesses.

Signature: _____  Date: 1/16/20

Firm: ROBBINS GELLER RUDMAN & DOWD LLP