AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Joseph Ebanks, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20 Civ. 453 (KPF) |
| iFinex Inc., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Eric Young, Adam Kurtz, and David Crystal   .

Date:   01/27/2020

/s/ Karen M. Lerner
*Attorney's signature*

Karen M. Lerner (KL6876)
*Printed name and bar number*

Kirby McInerney LLP
250 Park Avenue, Suite 820
New York, NY 10177
*Address*

klerner@kmllp.com
*E-mail address*

(212) 371-6600
*Telephone number*

(212) 699-1194
*FAX number*