UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, *et al.*,<br>　　　　　Plaintiffs,<br>　　-v.-<br>IFINEX INC., *et al.*,<br>　　　　　Defendants. | 19 Civ. 9236 (KPF) |
| ERIC YOUNG, *et al.*,<br>　　　　　Plaintiffs,<br>　　-v.-<br>IFINEX INC., *et al.*,<br>　　　　　Defendants. | 20 Civ. 169 (KPF) |
| BRYAN FAUBUS,<br>　　　　　Plaintiff,<br>　　-v.-<br>IFINEX INC., *et al.*,<br>　　　　　Defendants. | 20 Civ. 211 (KPF) |
| JOSEPH EBANKS,<br>　　　　　Plaintiff,<br>　　-v.-<br>IFINEX INC., *et al.*,<br>　　　　　Defendants. | 20 Civ. 453 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

　　On January 17, 2020, the Court ordered that all counsel seeking to be heard regarding the appointment of lead interim counsel to file their papers on

or before January 27, 2020.  The Court recognizes that certain counsel had filed motions to be appointed lead interim counsel prior to January 27, 2020, giving other counsel the opportunity to file opposition papers to those pending motions on January 27, 2020.  In the interest of allowing interested counsel an equal opportunity to oppose motions to be appointed lead interim counsel, the Court will permit counsel to file papers opposing lead interim counsel motions that were filed on January 27, 2020.  Such opposition papers shall be filed on or before February 7, 2020.

      SO ORDERED.

Dated:    January 28, 2020
            New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge